UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOYCE PICARD,** an individual,<br>Plaintiff,<br><br>vs.<br><br>**COSTCO WHOLESALE CORPORATION,** a Washington corporation,<br><br>Defendant. | 2:20-CV-10005-TGB-APP<br><br><br><br>ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

## JUDGMENT

In accordance with the opinion and order issued on this date, GRANTING Defendant's Motion for Summary Judgment;

It is **ORDERED AND ADJUDGED that** judgment is entered in favor of Defendant and against Plaintiff the case is **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  September 9, 2022

                                                         KINIKIA ESSEX
                                                         CLERK OF THE COURT

                                                         s/A. Chubb
                                                         Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Case 2:20-cv-10005-TGB-APP   ECF No. 34, PageID.804   Filed 09/09/22   Page 2 of 2